IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Civil No. 8:12-cv-00726-SCB-EAJ |
| WALTER DURNIAK, JR.; SUSAN D. MASER; JULIA DURNIAK; CALUSA LAKES COMMUNITY ASSOCIATION, INC.; BARBARA FORD-COATES, Tax Collector for Sarasota County, Florida; CALUSA LAKES LTD.; and S.W. JOHNSON DEVELOPMENT, INC., | ) |
| Defendants. | ) |

**MOTION BY UNITED STATES TO ENFORCE SETTLEMENT OR, IN THE ALTERNATIVE, TO ACT ON PENDING MOTION FOR SUMMARY JUDGMENT**

The United States of America, by and through its undersigned counsel, moves this Court to enter a judgment consistent with the settlement reached by the parties or, in the alternative, to act on the motion for summary judgment [dkt 47] filed by the United States on February 8, 2013. In support of this motion, the United States avers and argues as follows:

1. This is an action commenced by the United States to obtain a judgment against the taxpayer Walter Durniak, Jr., for unpaid federal income taxes; to sell real property in which he has an interest and which is subject to federal tax liens; and to apply to the tax debt whatever portion of the sale proceeds would otherwise be paid to the taxpayer. [Dkt 28.]

2. The parties participated in mediation on February 27, 2013, and the mediator, James Betts, filed a report on March 6 [dkt 55] reporting a tentative settlement [dkt 55] and

another on March 8 [dkt 57] reporting a full settlement. The Court then entered an order of dismissal, which allows the United States until May 7, 2013, to move to reopen the case for good cause, or to submit a stipulated form of judgment. The United States filed a motion to reopen the case [dkt 59] on May 2, 2013, so that the United States could move for default judgments against all defaulted parties (that motion [dkt 60] was also filed on May 2), and to move for the entry of a final judgment and order of sale as contemplated by the remaining parties' settlement.

3. The parties executed a Settlement Statement [Ex. 1] on February 27, 2013, setting forth the terms of the settlement, and it specifically provides that the parties agree to the Court's retention of jurisdiction to enforce the settlement. Because the Government's trial attorney did not have settlement authority,[1] the United States subsequently confirmed the proposed terms of the settlement by letter dated March 8 [Ex. 2], and approved the settlement by letter dated March 21 [Ex.3].

4. The settlement in this case, among other things, requires Walter Durniak, Jr., to stipulate to the entry of a judgment in the full amount sought by the United States; for Julia Durniak and Susan D. Maser to abandon any defense they may have to a judicial sale of the property; and for the Tax Collector of Sarasota County to receive nothing from the proceeds of sale. The United States sought to produce a form of consent judgment amenable to all parties, but the parties could not agree to the form of a judgment within the time allowed.

5. Accordingly, the United States moves the Court to enforce the parties settlement by entering a final judgment and order of sale substantially confirming to the proposed judgment

---

[1] The Court permitted the United States to have its trial attorney appear in person at the mediation, with the person authorized to approve a Governmental concession available by telephone. [Dkt 51.]

[dkt 47-1] submitted as an appendix with the United States' motion for summary judgment, with one the exception: that to comply with the terms of the parties' settlement, the time within which the occupants of the property are required to vacate (as set forth in paragraph 10 of the proposed judgment) be changed from 30 days from the entry of the order to 60 days from the entry of the order. The new proposed judgment and order is an appendix to this motion.

6. In the alternative, the United States requests the Court to act on the motion for summary judgment filed on February 8, 2013, which has not been opposed by any party.

CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 3.01(g)

The undersigned certifies that he has conferred or attempted to confer with counsel for the non-defaulted parties. Through counsel, Walter Durniak, Jr., does not consent to this motion; Julia Durniak and Susan D. Maser have not responded to a request for their views, and neither has the Tax Collector of Sarasota County.

WHEREFORE, the United States moves the Court to enter judgment pursuant to the settlement reached by the parties or, in the alternative, to act on the United States' pending motion for summary judgment.

KATHRYN KENEALLY
Assistant Attorney General

By: /s/ Philip Doyle
PHILIP DOYLE
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 14198
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-9673
Facsimile: (202) 514-4963
Email: Philip.A.Doyle@usdoj.gov

Of Counsel:

Robert E. O'Neill, III
United States Attorney
Middle District of Florida

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 6, 2013, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

James S. Eggert
Owens Law Group, P.A.
811-B Cypress Village Blvd
Ruskin, Florida 33573

C. David Harper
Foley & Lardner LLP
100 North Tampa Street
Suite 2700
Tampa, Florida 33602

Milan Brkich
Sarasota County Attorney's Office
2nd Floor
1660 Ringling Blvd
Sarasota, Florida 34236

/s/ Philip Doyle
Trial Attorney, Tax Division