**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                                 Case No. 8:12-cv-726-T-24-MAP

WALTER DURNIAK, JR., et al.,

        Defendants.
_____/

## **ORDER**

This cause comes before the Court on Plaintiff United States of America's Motion for Default Judgments Against Calusa Lakes Community Association, Inc., Calusa Lakes, Ltd., and S.W. Johnson Development, Inc. (collectively, "Defendants"). [Doc. 60].

On July 13, 2012, a Clerk's default was entered against Defendant Calusa Lakes Community Association, Inc. (the "Association"). [Doc. 23]. To date, the Association has not responded to the Summons and Complaint, or appeared in the case.

On December 28, 2012, a Clerk's default was entered against Defendant Calusa Lakes, Ltd. [Doc. 44]. To date, Calusa Lakes, Ltd. has not responded to the Summons and Complaint, or appeared in the case.

On December 28, 2012, a Clerk's default was entered against Defendant S.W. Johnson Development, Inc. ("S.W. Johnson"). [Doc. 45]. To date, S.W. Johnson has not responded to the Summons and Complaint, or appeared in the case.

The United States seeks default judgments against the Association, Calusa Lakes, Ltd., and S.W. Johnson, deeming any interest any of them may have asserted against the property at issue to be extinguished.

Upon review of the record and the well-pleaded allegations of fact, the Court concludes that the United States' Motion for Default Judgments [Doc. 60] is **GRANTED**. The Clerk is directed to enter a final default judgment in favor of Plaintiff United States and against Defendants Calusa Lakes Community Association, Inc., Calusa Lakes, Ltd., and S.W. Johnson Development, Inc., extinguishing any lien or claim any of them might have asserted against the Property.

**DONE AND ORDERED** at Tampa, Florida, this 11th day of June, 2013.

SUSAN C. BUCKLEW
United States District Judge

Copies to: Counsel of Record