IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,  )
                           )  Case No. 8:12-cv-00726-SCB-EAJ
       Plaintiff,          )
                           )
       v.                  )
                           )
WALTER DURNIAK, JR., et al.,)
                           )
       Defendants.         )
_____)

**AMENDED JUDGMENT**

After application of appropriate payments from proceeds of the sale of real property located at 2128 Muskogee Trail, Nokomis, Florida, and after abatements of tax as contemplated by the parties' settlement, the defendant Walter Durniak, Jr., is indebted to the United States in the amount of $216,770.35, plus interest and statutory additions accruing from December 7, 2015. Interest shall accrue pursuant to 26 U.S.C. §§ 6621(a)(2) and 6622.

Done and Ordered in Chambers at Tampa, Florida on Dec. 28, 2015.

_____
Susan C. Bucklew
United States District Judge

1